COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Dale Clauder Dunn

Appellate case number:      01-21-00345-CV

Trial court case number:    18-FD-2521

Trial court:                306th District Court of Galveston County

On June 28, 2021, relator, Dale Clauder Dunn, filed a petition for writ of mandamus. On June 29, 2021, relator filed a motion to stay, requesting that we stay the trial court's April 23, 2021 temporary order. We grant relator's motion to stay the April 23, 2021 temporary order. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real party in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than **20 days** from the date of this order.

It is so **ORDERED**.


Judge's signature: /s/ Sherry Radack
                    ☒  Acting individually     ☐  Acting for the Court

Date:    ___June 30, 2021_____